UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH GHEE,

      Plaintiff,                                    Case No.  2:12-CV-446

v.                                                Hon. Gordon J. Quist

JEFFREY WOODS, et al.,

      Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 11, 2014.  The Report and Recommendation was duly served on Plaintiff on June 11, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2014, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (dkt. # 12) is **GRANTED**.

A separate judgment will issue.

This case is **concluded**.


Dated: July 10, 2014                                            /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE